**VAN–099** Order Continuing Confirmation Hearing – Rev. 03/12/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
William A Purcell
 *( debtor has no known aliases )*
314 N 26th St
Wilmington, NC 28405

CASE NO.: 19–00570–5–SWH

DATE FILED: February 8, 2019

CHAPTER: 13

Jehan S Purcell
 *( debtor has no known aliases )*
314 N 26th St
Wilmington, NC 28405

ORDER CONTINUING CONFIRMATION HEARING

IT IS ORDERED that the hearing on confirmation is continued.

DATE:   Tuesday, August 6, 2019
TIME:   10:30 AM
PLACE:  Alton Lennon Federal Building, 2 Princess Street, Wilmington, NC 28401

 The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: July 2, 2019

Stephani W. Humrickhouse
United States Bankruptcy Judge